IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RONNIE JOHNSON,

    Plaintiff,

v.

NORMAN Y. MINETA,

    Defendant.

CIVIL ACTION NO.

1:04-CV-2142-JEC

**MAGISTRATE JUDGE FELDMAN**

### ORDER

The above entitled action is presently before the Court on plaintiff's Motion for Reconsideration [35]. The defendant has failed to respond to plaintiff's motion. Thus, pursuant to Local Rule 7.1B, the motion is deemed to be unopposed.

IT IS HEREBY ORDERED that plaintiff's Motion for Reconsideration [35] is **GRANTED** as unopposed. The funds received by plaintiff as a result of the settlement agreement at issue and repaid by plaintiff to defendant shall be restored to plaintiff's Estate by defendant, within **THIRTY (30)** days of the filing of this Order.

SO ORDERED, this 9 day of FEBRUARY, 2006.

_____
JULIE E. CARNES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)